```
            UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF GEORGIA
                  ATLANTA DIVISION
```

UNITED STATES OF AMERICA

     v.

DALE HODGES,

     Defendant.

CRIMINAL ACTION
NO. 1:09-CR-562-CAP

### O R D E R

After carefully considering the report and recommendation of the magistrate judge [Doc. No. 31], there being no objections thereto, and the record as a whole, the court receives the report and recommendation with approval and ADOPTS it as the opinion and order of this court.

SO ORDERED, this 8th day of November, 2010.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge